**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Leroy Anthony THOMAS,**
**Defendant–Appellant.**

**No. 02–6526.**

United States Court of Appeals,
Fourth Circuit.

Submitted June 13, 2002.

Decided June 19, 2002.

Leroy Anthony Thomas, Pro Se. Andrew Clayton White, James Clarke Howard, Office of the United States Attorney, Baltimore, Maryland, for Appellee.

Before WIDENER, LUTTIG, and WILLIAMS, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Leroy Anthony Thomas seeks to appeal the district court's order denying his motion for production of a certified copy of the jury instructions in relation to his previously adjudicated motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). Thomas' § 2255 motion has been finally decided, and he is accordingly not entitled to a

---

transcript of the jury instructions at this juncture. *See* 28 U.S.C. § 753(f) (1994). Thus, we conclude the district court's denial of Thomas' motion is proper. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*